UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW
------------------------------------------------X
EFRAIN SOTO,

        Plaintiff,

-against-

                        REQUEST FOR ADJOURNMENT
                        01-CIV-5850 (PAC)

JOSEPH IACAVINO et al.,

        Defendants.
------------------------------------------------X

**USDS SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** FEB 0 4 2008

**MEMO ENDORSED**

PLEASE TAKE NOTICE that, upon the annexed affidavit/affirmation of EFRAIN SOTO, sworn to or affirmed on Feburary 1, 2008.

Plaintiff requests that this Court grant him an adjournment/extension on the Pre Trial Conference scheduled for 2/7/08.

Both Pro Se Plaintiff and Defense Counsel have discussed this matter, and have agreed on three separate dates, with the last one being the most preferred by Plaintiff. The dates agreed upon are April 10, 17, 24, and as stated the latter being most preferable to Plaintiff.

No other extensions/adjournments have been requested by Plaintiff on this Conference.

This time is requested to give Plaintiff time to work on other legal matters, and as the Court previously suggested for both counsels to work on a possible settlement on this case.

                                      EFRAIN SOTO
                                      PRO SE
                            157 E. 2ND St., APT# 2-F
                            N.Y. N.Y. 10009

Application GRANTED. The conference is adjourned to 4/10/08 at 11:30 AM in Courtroom 20C.

DATED: 2/1/08

Copies Mailed By Chambers

SO ORDERED:
_____ 2/4/08
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

EFRAIN SOTO
157 E. 2ND St., APT# 2-F
N.Y. N.Y. 10009
TEL.# 212-281-8618

FEBRUARY 2, 2008

HON. JUDGE P. CROTYY
U.S. DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK
500 PEARL St.
N.Y. N.Y. 10007

FAX#: 212-805-6304

RE: REQUEST FOR EXTENSION/ADJOURNMENT

Dear Honorable Sir:

On February 1, 2008, I faxed a motion to the Court requesting a time extension/adjournment, and faxed one to defense counsel in accordance with your rules. However, I note that the transmission confirmation receipt received when sending it to you, indicates one (1) page. It may be a printing error, but in the event the other page was not transmitted, I am following up with yet another submission. So if you have a duplicate you know why.

The extension requested will allow me to get things together, further work on the other case, and address some issues with my Parole Officer, as well as hospital appointments.

My medical condition, and the fact I have no help, makes it difficult to attend to all these matters at the same time. And will allow me and defense counsel time to discuss a posible settlement.

I thank you in advance for providing me this much needed time.

EFRAIN SOTO
PRO SE PLAINTIFF
157 E. 2ND St., APT# 2-F
N.Y. N.Y 10009

cc: File.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
EFRAIN SOTO,

        Plaintiff,

        -against-

JOSEPH IACAVINO et al.,

        Defendants.
----------------------------------------x

AFFIDAVIT/AFFIRMATION
01-CIV-5850(PAC)

PLEASE TAKE NOTICE that, I have spoken to defense counsel concerning the request for extension/adjournment and counsel has agreed to either of the noted dates. Additionally, I have placed in the United States Postal Service, a copy of this written request to defense counsel at the following name and address: Ms. Inna Resnik, 120 Broadway, 24th Fl., N.Y. N.Y. 10271

        EFRAIN SOTO
        PRO SE
        157 E. 2ND St., APT# 2-F
        N.Y. N.Y. 10009

DATED: 2/1/08