UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
EFRAIN SOTO,

          Plaintiff,

                                            REQUEST FOR ADJOURNMENT
                                            01-CIV-5850

      -against-

JOSEPH IACAVINO et al.,

          Defendants.
-------------------------------------------------------x

**USDS SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: MAR 28 2008

PLEASE TAKE NOTICE that, upon the annexed affidavit/affirmation of EFRAIN SOTO, sworn to or affirmed on March 21, 2008.

Plaintiff requests that this Court grant him an adjournment on the Pre Trial Conference scheduled for April 10, 2008.

Both Pro Se Plaintiff and Defense counsel have discussed this matter, and have agreed on three separate dates, with the last date being the most preferable date. The dates agreed on are June 6, 13, or 20.

Only one other extension/adjournment has been requested and granted by Plaintiff on this conference.

Plaintiff's Parole Officer and supervisor have threatened plaintiff with violation of parole, because plaintiff tested positive for opiates. And in spite of providing letter from doctor that plaintiff is on pain managment, plaintiff has been compelled to attend a six month drug program or be sent back to prison. Additionally, plaintiff's landlord has served notice of disposes and refusal to renew lease, because plaintiff is renting via proxy. As such, plaintiff may be compelled to take legal action to resolve the noted issues, and therefore unable to also partake in the Pre-Trial Conference.

DATED: MARCH 21, 2008

EFRAIN SOTO
Plaintiff/Pro Se
157 E. 2nd St., Apt# 2-F
N.Y. N.Y. 10009
Copy Mailed Via Certified Mail (# 70022030000275058227) To:
Efrain Soto
157 E. 2nd Street
Apt. 2F
New York, NY 10009

CM/ECF Electronic Notification To:
Inna Reznik:
inna.reznik@oag.state.ny.us
Susan Hull Odessky:
susan.odessky@oag.state.ny.us

Application GRANTED. The conference is adjourned to 6/13/08 at 10:30 am in Courtroom 20-C.

SO ORDERED: MAR 28 2008

_____
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

**MEMO ENDORSED**

UNNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————X
EFRAIN SOTO,

        Plaintiff,

                                        AFFIDAVIT/AFFIRMATION
                                        01-CIV-5850

    -against-

JOSEPH IACAVINO et al.,

        Defendants.
————————————————————X

PLEASE TAKE NOTICE that, I have spoken to defense counsel concerning the request for extension/adjournment on the Pre-Trial Conference, and counsel has agreed to the respective dates.

Additionally, I have placed a copy of the request in the United States Postal Service, addressed to defense counsel Ms. Inna Reanik, 120 Broadway, 24th Fl., N.Y. N.Y. 10271

                                                              EFRAIN SOTO
                                                              PLAINTIFF
                                                              PRO SE
                                                       157 E. 2nd St., APT# 2-F
                                                       N.Y. N.Y. 10009

DATED: 3/21/08

EFRAIN SOTO
157 E. 2ND St., APT# 2-F
N.Y. N.Y. 10009
TEL # 212-281-8618

MARCH 21, 2008

HON. JUDGE P. CROTTY
U.S. DISTRICT JUDGE
SOUTHERN DISTRICT COURT OF NEW YORK
500 PEARL St.
N.Y. N.Y. 10007
FAX# 212-805-6304

RE: REQUEST FOR EXTENSION/ADJOURNMENT
    SOTO V. IACAVINO et al.,
    01-CIV-5850

Dear Honorable Sir:

  Attached is a request for extension/adjournment request. As can be seen from the request, there are two issues that I find myself in, in which I may have to take legal action to resolve. I have contacted counsel to help me on the housing issue as instructed, and have contacted counsel to see whether or not an Art'l 78 can be filed against Parole Officials. Counsel for housing will not be available until April, and I'm being asked to leave the premises in May. Apparently the landlord wants to renovate the apartment and double or triple the rent – at least that is what I'm told by the superintendent of the building. And as to the parole issue, I will have to schedule an appointment date to what legal action if any I can take to resolve that matter.

  It may be possible that I may even need yet another extension. But of course that all depends on what take place. In any event, I do not want to be wasting the Court's time, and that is why I have asked for the noted extension/adjournment.

  I thank you for your time, and thank you in advance for granting me the requested extension/adjournment.

Sincerely,
EFRAIN SOTO

cc: File.