```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 16 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Efrain Soto,

                Plaintiff,

   -v-

Joseph Iacavino, et al.,

                Defendants.
-----------------------------------------------------------X

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE
01 Civ. 5850 (PAC)( DFE)**

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | |
|---|---|
| ___ General Pretrial (including scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ Specific Non-Dispositive Motion/Dispute:* _____ _____ _____ | ___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | ___ Habeas Corpus |
| If referral is for discovery disputes when the District Judge is unavailable, the time Period of the referral: _____ | ___ Social Security |
| _X_ Settlement: (60 days) | ___ Dispositive Motion (i.e. motion requiring a Report and Recommendation) Particular Motion: _____ |
| ___ Inquest After Default/damages Hearing | |

* Do not check if already referred for general pretrial

Dated: New York, New York
       June 16, 2008

                                                SO ORDERED

                                                /s/ Paul A. Crotty
                                                PAUL A. CROTTY
                                                United States District Judge

Copy Mailed To:

Efrain Soto
157 E. 2nd Street
Apt. 2F
New York, NY 10009