USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 1 8 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
EFRAIN SOTO,

                    Plaintiff,

      -against-

JOSEPH IACAVINO, et al.,

                    Defendants.
-----------------------------------------------------------X

01-CV-5850(PAC)(DFE)

**STIPULATION OF
SETTLEMENT AND
ORDER OF DISMISSAL**

      WHEREAS, plaintiff, Efrain Soto, filed an Amended Complaint on November 5, 2001 ("complaint"), alleging that defendants had violated plaintiff's rights during plaintiff's incarceration in the New York State Correctional Services system; and

      WHEREAS, defendants answered the complaint and denied all allegations that their conduct violated plaintiff's constitutional or other rights; and

      WHEREAS, the parties are interested in resolving the issues alleged in the complaint in the above-captioned action ("Action"), and have negotiated in good faith for that purpose; and

      WHEREAS, none of the parties to the Action is an infant or incompetent person; and

      WHEREAS, the parties to the Action are desirous of discontinuing this litigation without the need for trial and without admitting any wrongdoing on the part of defendants;

      NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows:

      1.      The parties hereby agree that the Action is dismissed and discontinued with prejudice and without costs.

2. Defendants shall pay to plaintiff the sum of $3,500, in full satisfaction of any and all claims for relief in this Action. The check, in the amount of $3,500, shall be made payable to plaintiff and delivered to plaintiff at the following address: "Efrain Soto, 157 East 2nd Street, Apt. 2F, New York, New York 10009."

3. In consideration of the payment of the sums recited in paragraph #2 above, the plaintiff, Efrain Soto, hereby releases and discharges each of the defendants and any and all current or former employees or agents of New York State or the New York State Department of Correctional Services, in their individual and official capacities, and their heirs, executors, administrators and assigns, and the State of New York and its agencies, including, without limitation, the New York State Department of Correctional Services, from any and all claims, liabilities and causes of action which plaintiff or plaintiff's representatives, heirs or assigns ever had, now has or hereafter shall or may have for, upon, or by reason of any matter, cause or thing whatsoever from the beginning of the world to the date of this stipulation and order.

4. Nothing in this Stipulation of Settlement shall be construed as an admission or acknowledgment of liability whatsoever by any of the defendants or the New York State Department of Correctional Services regarding any of the allegations made by the plaintiff in his complaint.

5. Payment of the amounts recited in paragraph #2 above is subject to the approval of all appropriate New York State officials in accordance with the provisions for indemnification under Section 17 of the New York Public Officers Law. Plaintiff agrees to execute and deliver to counsel for defendants all necessary or appropriate vouchers and other documents requested with respect to such payment. The provisions of Chapter 62 of the Laws of 2001 may be applicable to payments by defendants hereunder.

6. Subject to the provisions of the foregoing paragraphs, in the event payments of the amounts recited in paragraph #2 above are not made within one hundred and twenty (120) days after the receipt by defendants' counsel from plaintiff of a copy of the fully executed So-ordered Stipulation of Settlement as entered by the Court, interest shall accrue on the outstanding principal balance at the rate set forth in 28 U.S.C. § 1961 beginning on the one hundred and twenty-first day after receipt by defendants' counsel of a copy of the fully executed So-ordered Stipulation of Settlement.

7. This Stipulation of Settlement and any Order entered thereon shall have no precedential value or effect whatsoever and shall not be admissible in any other action or proceeding as evidence or for any other purpose, except in an action or proceeding to enforce this Stipulation of Settlement.

8. This Stipulation of Settlement and Order of Dismissal embodies the entire agreement of the parties in this matter and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceedings, shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein. The Clerk of Court is directed to close this case.

Dated: New York, New York
August 8, 2008

ANDREW M. CUOMO
Attorney General of the
State of New York
<u>Attorney for Defendants</u>
120 Broadway
New York, New York 10271-0332

By: Inna Reznik

Assistant Attorney General
Of Counsel
Tel. No. (212) 416-8612

Dated: New York, New York
August 11, 2008

*[signature]*
Efrain Soto
Plaintiff, Pro Se

Sworn to before me
this 11 day of August, 2008

*[signature]*
Notary Public

JOSHUA A. CREME
Notary Public, State of New York
No. 01CR6070200
Qualified in New York County
Commission Expires...

IT IS SO ORDERED:

Dated: New York, New York
August 18, 2008

ENTER:

*[signature]*
HONORABLE PAUL A. CROTTY
United States District Judge

**Copies Mailed By Chambers**

4